184 So. 919

## Jesse NALLS v. STATE.
### 4 Div. 428.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 924

## Tom NALLS v. CITY OF TUSCALOOSA.
### 6 Div. 225.

Court of Appeals of Alabama.
Nov. 26, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

177 So. 924

## Tom NALLS v. CITY OF TUSCALOOSA.
### 6 Div. 226.

Court of Appeals of Alabama.
Nov. 26, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

177 So. 924

## Tom NALLS v. STATE.
### 6 Div. 157.

Court of Appeals of Alabama.
Dec. 14, 1937.

RICE, Judge.
Affirmed.

177 So. 924

## J. F. NEEDHAM v. R. W. GRIFFIN.
### 5 Div. 35.

Court of Appeals of Alabama.
Nov. 18, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

180 So. 900

## Arthur NELSON v. STATE.
### 4 Div. 409.

Court of Appeals of Alabama.
April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.